IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VANCE BAKER,
    Petitioner,

v.

WARDEN DAVID EBBERT,
    Respondent.

3:14-CV-944

(Judge Mariani)

## ORDER

**AND NOW**, this 24th day of June, 2014, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The petition for writ of habeas corpus (Doc. 1) is **TRANSFERRED** to the United States District Court for the Eastern District of New York.

2. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge